IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY LEVERETT, Individually, and as Executrix of the Estate of HUGH ROBERT LEVERETT, deceased,<br><br>    Plaintiff.<br><br>v.<br><br>MERCK & CO., INC., a foreign Corporation; ANNE BRANDON, an Individual; LAMONDE RUSSELL, an Individual; and fictitious Defendants A, B, C & D, being those persons, firms or Corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to Plaintiff, but will be substituted by amendment when ascertained,<br><br>    Defendants. | CASE NO. 3:06-CV-00128-DRB |

## RESPONSE TO DEFENDANT ANNE BRANDON'S AND LAMONDE RUSSELL'S MOTION TO DISMISS

Plaintiff, Rosemary Leverett, in response to Defendant Anne Brandon's and Lamonde Russell's Motion to Dismiss, adopts and incorporates herein her arguments in Plaintiff's Brief in Support of Motion to Remand, filed contemporaneously herewith.

Respectfully submitted this the 16th day of February, 2006.

                      ANDY D. BIRCHFIELD, JR. (BIR006)
                      J. PAUL SIZEMORE (SIZ004)
                      BENJAMIN L. LOCKLAR (LOC009)
                      W. ROGER SMITH, III (SMI257)
                      Attorneys for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 223-1236

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 16th day of February, 2006.

Alan T. Hargrove, Jr.
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270

OF COUNSEL