IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ROSEMARY LEVERETT, etc.,     )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )         3:06cv128-MHT
                             )
MERCK & CO., INC., etc.,     )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to stay (Doc. No. 9) is set for submission, without oral argument, on March 13, 2006, with all briefs due by said date.

DONE, this the 24th day of February, 2006.

　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE