IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ROSEMARY LEVERETT, etc.,  )<br> )<br>    Plaintiff,         )<br> )<br>    v.                 )<br> )<br>MERCK & CO., INC., etc., )<br>et al.,                  )<br> )<br>    Defendants.        ) | CIVIL ACTION NO.<br>3:06cv128-MHT |

### ORDER

It is ORDERED that the motion to remand (Doc. No. 1) is set for submission, without oral argument, on March 13, 2006, with all briefs due by said date. In their briefs, the parties should address whether Legg v. Wyeth, 428 F.3d 1317 (11th Cir. 2005), applies in this case.

DONE, this the 24th day of February, 2006.

            /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE