IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY LEVERETT, Individually, and as Executrix of the Estate of HUGH ROBERT LEVERETT, deceased,<br><br>    Plaintiff.<br><br>v.<br><br>MERCK & CO., INC., a foreign Corporation; ANNE BRANDON, an Individual; LAMONDE RUSSELL, an Individual; and fictitious Defendants A, B, C & D, being those persons, firms or Corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to Plaintiff, but will be substituted by amendment when ascertained,<br><br>    Defendants. | CASE NO. 3:06-CV-00128-DRB |

**MOTION FOR EXPEDITED RULING ON MOTION FOR REMAND**

Plaintiff, Rosemary Leverett, has before this Court a motion for remand, which she is supplementing this same date. Plaintiff Leverett respectfully requests this Court to rule on the pending remand motion expeditiously. In support of this request, Plaintiff Leverett states as follows:

1.    On March 2, 2006, the Joint Panel on Multidistrict Litigation ("JPML") submitted this case as part of Schedule CTO-43 Tag-Along Actions to be included in a Conditional Transfer Order (CTO-43) for ultimate transfer to the Vioxx Multidistrict Litigation ("MDL"), pending in the United States District Court for the Eastern District

of Louisiana. (See Exhibit "A" attached hereto.) Pursuant to the JPML Schedule, transfer to the MDL is imminent, unless this Court rules upon the remand motion promptly.

    2. It is well-established that the federal court in which a remand motion is pending is in a far better position to determine the merits of that remand motion and brief than the MDL court. As the Hon. William R. Wilson, federal district judge presiding over the hormone therapy MDL proceedings in Arkansas has stated: "Having been in the position of both an MDL court in this case and a transferor court in other case, I believe the issue of remand is better addressed by the transferor court."[1] (See Exhibit "B", n. 6, attached hereto.) As set forth in more detail in Plaintiff's Opposition to Merck's Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation, the precedence of the United States Court of Appeals for the Eleventh Circuit and other federal jurisdictions mandates that remand issues be decided promptly, in that subject matter jurisdiction issues directly involve whether the federal courts have the authority to proceed over pending matters before it.[2] To comply with the precedential authority and to avoid transfer of this cause of action, which will undoubtedly be lost in the process with several hundred other cases and the resolution of remand greatly delayed, Plaintiff Leverett respectfully requests the Court to rule on the pending Motion to Remand as soon as possible. However, if the Court determines that a hearing on the Motion to Remand will be beneficial to deciding this issue, Plaintiff is prepared to participate in such a hearing.

---

[1] *Accord Hobbs v. Wyeth, et al.*, 3:04-CV-176 (E.D. Ark.) (Order of United States District Court Judge Thomas Eisele) (Doc. No. 12), referenced in Judge Wilson's Order (Exhibit "B").

[2] See the authority cited and explained in Plaintiff's Opposition to Merck's Motion to Stay Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation

3.	Because this Court lacks subject matter jurisdiction, as set forth in more detail in the Motion to Remand, as amended, this case is due to be remanded to the Circuit Court of Tallapoosa County, Alabama. Any delay in ruling on the Motion to Remand will certainly result in the unnecessary transfer of this case to the MDL. Therefore, plaintiff moves this Court for an expedited ruling on the pending Motion to Remand.

Respectfully submitted this 7th day of March, 2006.

/s/ J. Paul Sizemore
ANDY D. BIRCHFIELD, JR. (BIR006)
J. PAUL SIZEMORE (SIZ004)
BENJAMIN L. LOCKLAR (LOC009)
**Attorneys for Plaintiff**

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 7th day of March, 2006.

Richard Garrett
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270

/s/ J. Paul Sizemore
OF COUNSEL