IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ROSEMARY LEVERETT, etc.,    )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        3:06cv128-MHT
                            )
MERCK & CO., INC., etc.,    )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion for expedited ruling (Doc. No. 15) is denied.

DONE, this the 14th day of March, 2006.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE